

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00214-CV

Trinidad Rivera

v.

Port Arthur Independent School District, Johnny Brown, Barbara Polk, and Jermaine Cooper

On appeal from the
136th District Court of Jefferson County, Texas
Trial Cause No. D-189,258

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 21, 2016.